Opinion by Keefe, J. The merchandise consists of a tan-colored material about one-eighth of an inch in diameter in the form of a coil. It appeared that these coils of incense are composed of a dust of wood that burns without flame and the smoke thereform has the odor of an odoriferous wood. From the evidence it was found that they are used by the Chinese in their religious services as slow matches in the measuring of time, or for lighting pipes, or for other religious ceremonies. On the authority of *Pacific Trading Co. v. United States* (T. D. 43042) they were held entitled to free entry as joss stick or joss light under paragraph 1703 as claimed. *Bush v. United States*, G. A. 8296 (T. D. 38169), and *Da Rocha v. United States* (26 C. C. P. A. 78, T. D. 49613) distinguished.

**No. 40934.**—Protests 927600–G, etc., of A. Fantis (New York).

Opinion by Keefe, J. It was stipulated that the merchandise consists of cheese similar to that the subject of Abstract 39667 and the protests were accordingly sustained.

MARCH 21, 1939

**No. 40935.**—Protest 797788–G of Greenberg & Josefsberg. C. D. 86. Plaintiffs' application for rehearing denied. Brown, J., dissented.

MARCH 23, 1939

**No. 40936.**—Protest 952670–G of Frank L. Allen, Inc. Abstract 40686. Motion of Government for rehearing granted.

MARCH 25, 1939

**No. 40937.**—Protests 899373–G, etc., of Pacific Commercial Co. Abstract 40675. Plaintiff's application for rehearing granted.

MARCH 21, 1939

**No. 40938.**—SUIT 4209.*Torino Trading Corporation et al.* v. *United States.* Abstract 39295. Appeal dismissed.

MARCH 23, 1939

**No. 40939.**—SUIT 4165.*H. E. Schwitters & Sons* v. *United States.* T. D. 49361 affirmed.

MARCH 24, 1939

**No. 40940.**—SUIT 4176.*Les Parfums de Molyneux* v. *United States.* Abstract 38207 reversed.
**No. 40941.**—SUIT 4189.*H. N. Hill & Co.* v. *United States.* Abstract 38424 affirmed.